

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 04-40049 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| JEFFREY CHARLES DUNCAN, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A hearing on Defendant's Motion to Reconsider Detention was held in conjunction with the revocation hearing on Monday, November 16, 2009. After considering the arguments of counsel and the entire file herein, it is hereby

ORDERED, that Defendant's Motion to Reconsider Detention (Doc. 47) is GRANTED. Defendant shall be released under the same terms and conditions as in the Amended Judgment in a Criminal Conviction (Doc. 31) with the following additional condition:

> Defendant shall be referred to the work release program to determine if he meets eligibility requirements. The defendant shall abide by all rules of said program. In the event work release officials determine the defendant has violated work release rules and revoke his work release privileges, the defendant's federal release order will be revoked. The defendant shall pay all or part of the cost of the work release program based upon his ability to pay as determined by the probation office.

Dated this 16 day of November, 2009.

BY THE COURT:

John E. Simko
United States Magistrate Judge